**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rose Marie O'Leary, Ian O'Leary,

      Plaintiffs,                        Civil No. 08-1290 (RHK/AJB)

vs.                                       **DISQUALIFICATION AND**
                                         **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Pharmacia & Upjohn Co. LLC,
Greenstone Ltd.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 9, 2008

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge